# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

FILED
MAY 01 2020
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]

__Charley Smith__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__Iradebe Environmental__,
[The DEFENDANT is who you are suing.]

Case Number __1:20-CV-181 WLL__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: __735 E. 152nd Street  Phoenix ILL__

2. My telephone number is: (__219__) __218-2693__

3. The Defendant's address is: __4343 Kennedy Ave. East Chicago IN__.

4. This action is brought for employment discrimination pursuant to:

   ○ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   [race, color, gender, religion, national origin]

   ● Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ○ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ○ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: __1-14-20__

6. The date on my Notice of Right to Sue letter is: __4-22-20__

7. The date I received my Notice of Right to Sue letter was: __1-22-20__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. AT The SDS 1 unit IN East Chicago Indiana I was OVER WORKED. From Running back & Foward to both unit. THE Supervisor that was asigneed to unit 1 when home early well after 2hrs IN a 12 hr Shift and Left me the Supervison of unit 2 to Run both units as well as the tank Farms and Railcars. There was a Tanker BASF CSB First Choice that got mixed up because the Lines were not marked correctly and I was trying to complete three other tack at the Same time. Chosing Char Boxes Running Both units 1, and 2 Loading a Railcare with degreaser and Sampling a Tanker For the Lab.

2. As a Result I was Put on 7 DAY PENDING because they Put me on a 30-DAY Perfomance Plan Aug 5, 2019 which NON of the guideline Stated IN the letter was Followed. I have No IDEA why I was Put on the Plan Since my manger told me It was Just to See where I was IN Running the unit. I scored a 72% and was later told I need a 85% But my Co-worker supervised DID Both thing as DID

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 8/16)                                                                                                              page 2 — B

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. ~~Company~~ THE Company       cont—

con't→ I DiD and Nothing Happen to him. HE load 3 Incorrect Tanker 2 For HAzmat Axalta 8/8/19 and 1 for First choice IN July. Nothing Happen. He also Failed his Test with a score lower than 85% Just as I did and was NOT Put on a 30 DAY Plan This Supervison NATE Hyleck was white as well as another Supervison Amanda and Red the Supervison of Non Haz that Ran an empolyee over with a Forklift INJuring him Putting him on ligth duties. THEY DiD have meeting once a week and many chances to improve but NOT one meeting was given to me to aid IN my sucess

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Pay my Lost wages and terminate the guilty Parties Involved

**DOCUMENTS** – I have attached a copy of the following documents:

- ☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission
- ☑ Notice of Right to Sue letter
- ☑ Other: 30 Day Improvement Plan

**FILING FEE** – Are you paying the filing fee?

- ◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
- ● No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

✓   I will keep a copy of this complaint for my records.
✓   I will promptly notify the court of any change of address.
✓   I declare **under penalty of perjury** that the statements in this complaint are true.

Signature: *Charly Smith*            Date: 4-20-20



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Indianapolis District Office**

101 West Ohio Street, Suite 1900
Indianapolis, IN 46204-4203
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Indianapolis Direct Dial: (317) 226-7848
FAX (317) 226-7953 & 5571
Website: www.eeoc.gov

22 January 2020

Mr. Charley Smith
735 East 152nd Street
Phoenix, IL 60426

Re:   Charley Smith v. Tradebe Environmental Services
      Charge Number 470-2019-04380

Dear Mr. Smith:

    The purpose of this letter is to inform you that the EEOC has concluded its investigation of the above-referenced charge of employment discrimination. Under our Priority Charge Handling Procedures, we focus our limited resources on those charges in which we believe a violation of the laws enforced by EEOC can be found. After EEOC management reviewed the information that you, and respondent provided, they did not believe that additional investigation will result in our finding a violation.

    The EEOC has terminated its investigation into your client's allegations. While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence and the laws we enforce. You may disagree with our decision, the dismissal is final.

    The Dismissal and Notice and Rights will explain your client's right to pursue the matter in court. If you want to pursue his charge, you may do so on your own by filing in Federal District Court within 90-days of receiving the Notice of Right to Sue. If you do not file a lawsuit in the within the required 90-day period, your right to sue in the matter will expire and cannot be restored by the EEOC.

Sincerely,

*[signature]*   219-937
                5500

Frederick J. BruBaker
Enforcement Supervisor,
Indianapolis District Office

Enclosure:  Dismissal and Notice of Rights

852
67776

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2019-04380 |

St. Louis Civil Rights Enforcement Agency — and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Mr. Charley Smith
**Home Phone** (Incl. Area Code): (708) 339-6135
**Date of Birth**: 1974

**Street Address**: 735 East 152nd Street, Phoenix, IL 60426

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: TRADEBE ENVIRONMENTAL SERVICES
**No. Employees, Members**: 500 or More
**Phone No.**: (219) 354-2400
**Street Address**: 4343 Kennedy Ave, East Chicago, IN 46312

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest — Latest: 08-30-2019
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent on or about October 10, 2017. My most recent position was Solid and Liquid Distillation System Supervisor. During my employment I was disciplined. On or about August 30, 2019, I was discharged.

I believe that I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
DEC 23 2019
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Dec. 23, 2019 — Charging Party Signature: /s/ Charley Smith



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

JCK Federal Building
230 S. Dearborn
Suite 1866 (Enforcement, State and Local & Hearings)
Suite 2920 (Legal & ADR)
Chicago, IL  60604
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Chicago Direct Dial:  (312) 872-9777
Administration Fax:  (312) 588-1255
Enforcement/File Disclosure Fax:  (312) 588-1260
Federal Sector Fax:  (312) 588-1265
Intake FAX:  (312) 588-1286
Legal Fax:  (312) 588-1494
Mediation Fax:  (312) 588-1498
Website:  www.eeoc.gov

January 14, 2020

Andrea Dayharsh
CRTIU Supervisor
EEOC-Indianapolis Area Office
101 West Ohio Street, Suite 1900
Indianapolis, IN 46204

RE:    Charley Smith v. Tradebe Environmental Services
       EEOC No. 470-2019-04380

Dear Ms. Dayharsh:

Our office processed the above referenced charge of discrimination. It has been determined that the best course of action would be for your office to handle this complaint.

If you have any questions, please feel free to contact Tyrone Irvin at Chicagoeeoc@eeoc.gov.

Sincerely,

*Tyrone Irvin*
CRTIU Supervisor

cc:

Charley Smith
735 East 152nd Street
Phoenix, IL 60426

EEOC Form 161 (11/16)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Charley Smith
735 East 152nd Street
Phoenix, IL 60426

From: Indianapolis District Office
101 West Ohio Street, Suite 1900
Indianapolis, IN 46204

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2019-04380 | Frederick J. BruBaker, Enforcement Supervisor | (463) 999-1148 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Michelle Eisele,
District Director

22 January 2020
*(Date Mailed)*

Enclosures(s)

cc:  **TRADEBE**
c/o Cristina Villazan
US Vice President Human Resources
1433 E 83rd Avenue, Suite 200
Merrillville, IN 46410




August 5, 2019

Charley Smith
SDS Supervisor
East Chicago, IN

Re: 30-Day Performance Improvement Plan

Dear Charley:

We are providing this formal letter to notify you that there are some concerns about your performance as SDS Supervisor which need to be addressed. Since taking this role in October of 2018, you have not shown consistency in certain areas of your job responsibility despite the Company providing you with job training and retraining. Specifically, we are most concerned with your lack of technical knowledge, inability to follow process flows, personal conduct and Supervisory skills.

The deficiencies in your performance have reached a point that we must insist that you focus your time and energy on the duties and responsibilities you are hired to do in order to continue your employment with the Company.

Based on these concerns, the following performance expectations and deliverables are established:

1. Technical knowledge: learn to operate the SDS unit, Distillation Equipment, and Tank Farm and properly adjust process parameters.

2. Process Flows: perform transfers of materials and ensure that the material goes into the proper tank or tanker, the vessel has adequate space to prevent overflows, and no material is spilled.

3. Improve professional conduct towards members of the Management Team.

4. Demonstrate ability to properly Supervise Operator Trainees, Forklift Operators, and Laborers.

5. Complete SDS I Supervisor Proficiency Test and achieve a minimum score of 85%.

As part of our commitment to you for your success, Management will be meeting with you weekly to provide feedback and coaching on the 5 performance expectations identified above. Should you identify specific training that will assist you in meeting these performance expectations, please let me know.

Charley, while we hope for your continued employment, your performance must improve significantly. It is our expectation that during the 30 day period you will demonstrate a good faith effort to address these concerns. If at any time during the Performance Improvement Plan you do not demonstrate a good faith effort to improve, your employment will end.

At the end of the 30 days, you must have met all the expectations without exception. If you are unable to do so, we will not be able to continue you in your current position. Furthermore, should the plan be successfully completed, it is our expectation that you will sustain this performance level, without exception.

Sincerely,

Brian Bodnar
East Chicago Plant Manager

*Primary objective*

Charley Smith
735 E. 150 ST
Phoenix, IL 60426

United States District Court
Northern District of Indiana
1300 S. Harrison ST
Fort Wayne, IN 46802