AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CHARLEY SMITH,

           Plaintiff,

v.     Civil Action No.  2:20-cv-00187

TRADEBE ENVIRONMENTAL,

           Defendants

### JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

**X** Other: Judgment ENTERED in favor of Defendant, Tradebe Environmental, and against Plaintiff, Charley Smith.  Case is DISMISSED WITH PREJUDICE as untimely filed under 42 U.S.C. §2000e-5(f)(1).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on a Motion to Dismiss by Defendant.

DATE:  July 30, 2020                ROBERT N. TRGOVICH, CLERK OF COURT

                              By: s/ L. Higgins-Conrad
                                  *Signature of Deputy Clerk*